## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**BILLY BROWN**                                                                    **PLAINTIFFS**

**v.**                          **Case No. 4:15-cv-471 KGB/JTK**

**SGT. TEEL, et al**                                                              **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 10). There have been no objections filed, and the time for filing objections has passed. After a review of the Proposed Findings and Recommendations, the Court adopts them in their entirety. Accordingly, the Court dismisses without prejudice from this action defendants Shock, Randall, and Lasker.

IT IS SO ORDERED, this 16th day of December, 2015.

_____
Kristine G. Baker
United States District Judge