IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BILLY BROWN                                                                                           PLAINTIFFS

v.                           Case No. 4:15-cv-471 KGB/JTK

SERGEANT TEEL, *et al.*
                                                                                                      DEFENDANTS

# ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 26). No objections to the Proposed Findings and Recommendations have been filed, and the time to file objections has passed. After review, this Court adopts the Proposed Findings and Recommendations in its entirety as this Court's findings in all respects (Dkt. No. 26). Plaintiff Billy Brown's complaint is dismissed without prejudice. The relief requested is denied. All pending motions are denied as moot, including the Faulkner County Defendants' motion for extension of time (Dkt. No. 28).

This Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 29th day of November, 2016.

_____
Kristine G. Baker
United States District Judge